**No. 10-11135. Jairo Modesto Miranda-Garcia, Petitioner v. United States.**

565 U.S. 869, 132 S. Ct. 219, 181 L. Ed. 2d 120, 2011 U.S. LEXIS 6682.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 417 Fed. Appx. 895.